**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00292-CMA-BNB

HILDA SOLIS, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

MELT BRANDS STORES, LLC, a corporation, and
DAVID FISHER, individually,

    Defendants.

---

**ORDER DISMISSING WRIT OF CONTINUING GARNISHMENT**

---

This matter is before the Court on Plaintiff's Motion to Dismiss Writ of Continuing Garnishment (Doc. # 29). The Court having read the Motion and being fully advised in the premises, hereby

ORDERS that the Motion is GRANTED and the Writ of Continuing Garnishment entered on February 13, 2013 (Doc. # 25) is DISMISSED.

DATED: April __22__, 2013

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge